

# RECEIVED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AUG 2 0 2008
Aug 20. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robert Anderson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
Police Department

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

### 08CV4744
### JUDGE GUZMAN
### MAG.JUDGE KEYS

Case _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

☒     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Robert Anderson_

B.    List all aliases: _____

C.    Prisoner identification number: _N/A_

D.    Place of present confinement: _N/A_

E.    Address: _6743 S Indiana Ave_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _City of Chicago_

Title: _Police department_

Place of Employment: _____

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ *N/A* _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D. List all defendants: _____
_____
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____
_____

G. Basic claim made: _____
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On August 28, 2007 I talked with the mayors office about my appointment on August 29, 2007 the clerk asked me If I had my letter ready I told her no, but she explained that I had to have the letter with me when I came in for my 10:00am appointment. and any other documents to show why I believe that there are terrorist in the school and the name of the people involved in the schools and I did that. I brought the documents and showed her.

Revised 9/2007

Revised 9/2007

**V.**     **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want 50 millions.

**VI.**    The plaintiff demands that the case be tried by a jury.   ☑ YES      ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this *20th* day of *Aug,* , 20*08*

*Robert J. Anderson*
(Signature of plaintiff or plaintiffs)

*Robert J, Anderson*
(Print name)

(~~I.D. Number~~) *6743 So, Indiana Ave,*
*Chicago, IL, 60637*

(Address)

6

# FORENSIC CLINICAL SERVICES

State of Illinois
Circuit Court of Cook County
Criminal Courts Administration Bldg.
2650 S. California Avenue, Room 1001
Chicago, IL 60608

Timothy C. Evans
Chief Judge

Mathew S. Markos, M.D.
Director

Phone    773-869-6100
Fax       773-869-2371
TDD      773-869-7605

February 1, 2008

The Honorable Angela Petrone
Judge of the Circuit Court of Cook County
Municipal Branch 46
555 W. Harrison Street, Room 304
Chicago, Illinois 60607

RE:    People of the State of Illinois
         vs.
         **ROBERT ANDERSON**
         Case No: 07 280533
         Due Date: February 5, 2008

Dear Judge Petrone:

Pursuant to Your Honor's order, the undersigned psychiatrist examined Robert Anderson at Forensic Clinical Services on January 22, 2008 in order to render an opinion regarding his fitness to stand trial and sanity.

Based upon the above examination and review of the available records, it is my opinion within a reasonable degree of medical and psychiatric certainty that Robert Anderson is **UNFIT TO STAND TRIAL.** Mr. Anderson is exhibiting significant symptoms of a psychotic mental disorder. These symptoms include prominent delusions and disorganized thoughts. His symptoms are substantially impairing his ability to rationally assist counsel in his defense and maintain a meaningful presence inside the courtroom. Mr. Anderson requires psychiatric intervention in order to attain fitness. The defendant does not believe that he is mentally ill and states that he would refuse any type of psychiatric intervention, including medications. It is my opinion that the least restrictive, most therapeutically appropriate treatment setting for this defendant would be in an **inpatient forensic psychiatric facility.** With psychiatric intervention, there is a reasonable probability that he could be restored to fitness within the statutory period of one year.

Because of defendant's current mental state, **I am unable to render an opinion as to the defendant's sanity at the time of the alleged offense.** With appropriate psychiatric intervention and an improvement in the defendant's mental state, another evaluation may be attempted in the future to address this referral issue.

RE: Robert Anderson
Case No: 07 280533

Page 2
February 1, 2008

Thank you for giving me the opportunity to examine this defendant. If you have any questions or need clarification regarding this evaluation, please do not hesitate to contact me.

Respectfully submitted,

Peter Lourgos, M.D., J.D.
Assistant Director

PL:ajh

State of Illinois
Circuit Court of Cook County
Criminal Courts Administration Bldg.
2650 S. California Avenue, Room 1001
Chicago, IL 60608

**Timothy C. Evans**
Chief Judge

**Mathew S. Markos, M.D.**
Director

Phone 773-869-6100
Fax    773-869-2371
TDD   773-869-7605

May 14, 2008

The Honorable William G. Lacy
Judge of the Circuit Court of Cook County
Criminal Courts Building, Room 205
2600 S. California Avenue
Chicago, IL 60608



FILED
CR-205
MAY 2 8 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

RE:     People of the State of Illinois
        vs.
        **ROBERT ANDERSON**
        Case No: 07 1 28053301
        Due Date: May 28, 2008

Dear Judge Lacy:

Pursuant to Your Honor's order, the undersigned psychologist examined the above named defendant on 5/13/08 to render an opinion regarding his fitness to stand trial. Based upon my examination and a review of all available records, my opinion to a reasonable degree of psychological and scientific certainty, is as follows:

Mr. Anderson is currently **UNFIT TO STAND TRIAL.** He is aware of the charge pending against him and demonstrates an adequate factual understanding of the nature and purpose of legal proceedings. However, Mr. Anderson exhibits overt symptoms of a psychotic mental illness. He presents with significant grandiose and persecutory delusions directly linked to the indexed offense. These symptoms preclude his ability to rationally assist counsel in his defense and would likely interfere with his ability to maintain a meaningful presence in the courtroom. Mr. Anderson has no insight into his apparent mental illness. He states that he is not currently receiving mental health treatment, including psychotropic medication.

It is my opinion that the least restrictive, most therapeutically appropriate, treatment setting for Mr. Anderson would be in an **inpatient psychiatric treatment facility**. With psychiatric intervention, there is a reasonable probability that Mr. Anderson could be restored to fitness within the one-year statutory time frame.

Thank you for the opportunity to examine this defendant. Please do not hesitate to contact me if I can be of any further service to the Court.

Respectfully submitted,

Christofer J. Cooper, Ph.D.
Licensed Clinical Psychologist

CJC:ajh

**State of Illinois**
**Circuit Court of Cook County**
**Criminal Courts Administration Bldg.**
**2650 S. California Avenue, Room 1001**
**Chicago, IL 60608**

**Timothy C. Evans**
Chief Judge

**Mathew S. Markos, M.D.**
Director

| | |
|---|---|
| Phone | 773-869-6100 |
| Fax | 773-869-2371 |
| TDD | 773-869-7605 |



June 30, 2008

The Honorable William G. Lacy
Judge of the Circuit Court of Cook County
Criminal Courts Building, Room 205
2600 S. California Avenue
Chicago, IL 60608

> RE:   People of the State of Illinois
>
>        vs.
>
> **ROBERT ANDERSON**
> Case No: 07 1 28053301
> Due Date: June 30, 2008

Dear Judge Lacy:

Pursuant Your Honor's Order on June 13, 2008, Robert Anderson was evaluated at Forensic Clinical Services for the purpose of assessing his fitness to stand trial and fitness to stand trial with medication.

As a result of completing this clinical evaluation and review of the documented records, I am of the opinion that, to a reasonable degree of medical and psychiatric certainty, Robert Anderson is mentally **UNFIT TO STAND TRIAL.** While the defendant verbalize good understanding of the charge, the nature and purpose of the courtroom proceeding against him, the roles of various courtroom personnel, he exhibits delusional preoccupation of a grandiose persecutory type which impair his ability to "objectively" make decisions in court as well as assist counsel in his defense. Mr. Anderson is not currently prescribed psychotropic medications. Moreover, he exhibits no insight into his apparent mental illness or need for treatment. It is therefore my recommendation that the least restrictive, most therapeutically appropriate treatment setting for the defendant is an inpatient psychiatric facility through the Illinois Department of Human Services. With intervention in the form of psychotropic medication, there is a reasonable probability that Mr. Anderson could attain fitness to stand trial within the statutory period of one year.

If I may be of further service to the Court, please do not hesitate to contact me at Forensic Clinical Services.

Respectfully submitted,

Fidel Echevarria, M.D., Ph.D.
Staff Psychiatrist

FE: la

LAW OFFICES

# LEE & McFARLAND

SUITE 304 PARKADE BUILDING
P. O. BOX 1568
CAMDEN, NEW JERSEY 08103

519 FEDERAL STREET

GUY LEE, JR.
(1910-1982)

ROBERT B. McFARLAND

(856) 964-3178
(856) 845-9497
FAX (856) 964-3150

May 10, 2000


Operation Hope USA
282 Pine Tree Court
Michigan City, Indiana 46360

Attention:  Robert J. Anderson

              RE:  State of New Jersey
                   v. Edward D. Walker
                   Superior Court of New Jersey
                   Indictment No. B98-04-00247-I

Dear Mr. Anderson:

        I enclose herewith a copy of my letter of this date to
the defendant, Edward D. Walker, concerning the above matter and
the enclosures mentioned therein.

        I assume that you will find those enclosures to be self-
explanatory.  If you have any questions concerning the sentence
imposed upon Mr. Walker on April 28, 2000 in this matter, please
so advise me at your earliest convenience.  Also, kindly forward
me a copy of the video or any other evidence known to you and to
which you made reference in your fax of April 28 establishing the
innocence of Mr. Walker in this matter.

        I have this date received your money order payable to my
order in the amount of $500.00 in payment of the balance which I
agreed to accept from Mr. Walker in full payment of the amount due
upon my billing of March 21, 2000 and wish to thank you for the same.

                            Very truly yours,

                            LEE and McFARLAND

                        BY: _Robert B. McFarland_

                            ROBERT B. McFARLAND


RBMcF/tlo
Enclosures
#0415
cc:  Mr. Edward D. Walker

LAW OFFICES

# LEE & McFARLAND

SUITE 304 PARKADE BUILDING

P. O. BOX 1568

CAMDEN, NEW JERSEY 08103

519 FEDERAL STREET

GUY LEE, JR.
(1910-1982)

ROBERT B. McFARLAND

(856) 964-3178
(856) 845-9497
FAX (856) 964-3150

May 10, 2000

Mr. Edward Walker
Gloucester County Jail
P.O. Box 376
Woodbury, New Jersey 08096

             RE:   State of New Jersey
                   v. Edward D. Walker
                   Superior Court of New Jersey
                   Indictment No. B98-04-00247-I

Dear Mr. Walker:

        I enclose herewith a copy of the letter of Rosemarie
Gallagher, Assistant Criminal Division Manager, dated May 8, 2000
concerning the above matter and a copy of the Judgment of
Conviction mentioned therein.

        By copy of this letter, I am forwarding a copy of that
Judgment to Robert J. Anderson of Operation Hope USA, for his
information.  Please be advised that I received today a money
order from Mr. Anderson in the amount of $500.00 in payment of
the balance which I agreed to accept in full payment of the balance
remaining due upon my bill of March 21, 2000.  I will, of course,
be in further contact with you if and when Mr. Anderson responds
to the inquiries of my letter of May 2, particularly as to any
information which he may have establishing your innocence in this
matter.

                         Very truly yours,

                         LEE and McFARLAND

                    BY:
                         ROBERT B. McFARLAND

RBMcF/tlo
Enclosures
#0415
cc:  Operation Hope USA
     Attention:  Robert J. Anderson

# SUPERIOR COURT OF NEW JERSEY

## GLOUCESTER/CUMBERLAND/SALEM VICINAGE



EDWARD J. QUINN, JR.
Criminal Division Manager

ROSEMARIE GALLAGHER
Asst. Criminal Division Manager

P.O. Box 187
Woodbury, NJ 08096
(856)853-353408096
Fax: (856) 853-3735
TTY/TDD: (856) 853-3494

May 8, 2000

Robert B. McFarland, Esq.
Suite 304
Parkade Bldg.
P. O. Box 1568
Camden, NJ 08103

> RE: Judgment of Conviction: Edward D. Walker
>
> Indictment No. B98-04-00247-I
>
> Complaint No.

Dear Mr. McFarland:

Pursuant to Rule 3:21-5, enclosed please find a copy of the Judgment(s) in the above captioned case(s).

If you have further questions regarding this matter, please contact our office.

Very truly yours,

*Rosemarie Gallagher/BR*

Rosemarie Gallagher
Assistant Criminal Division Manager

cc: Janis Melfi

Encl.

Case 1:08-cv-04744    Document 1    Filed 08/26/2008    Page 14 of 53

EDWARD WALKER                                          XX  JUDGMENT OF CONVICTION
                                                           CHANGE OF JUDGMENT
DATE OF BIRTH  04/09/1943    S.B.I.#              8167158   XX  ORDER FOR COMMITMENT
DATE OF ARREST 12/19/1997    DATE IND/ACCUSATION FILED  04/02/1998      INDICTMENT/ACCUSATION DISMISSED
DATE OF THE                  ORIGINAL PLEA WAS                   JUDGMENT OF ACQUITTAL
ORIGINAL PLEA  09/28/1998    XX NOT GUILTY    __ GUILTY

ADJUDICATION BY   __ GUILTY PLEA  DATE _____   __ NON-JURY TRIAL  DATE _____
                  XX JURY TRIAL   DATE 03/16/2000   __ DISM/ACQUITTED  DATE _____

ORIGINAL CHARGES ON IND 98-04-00247-I _____
    COUNT(S)  DESCRIPTION                       DEGREE STATUTE

001     CONSPIRACY                               3 2C:5-2        CONSP ARSON-INSUR


FINAL CHARGES    _____
     COUNT(S)  DESCRIPTION                      DEGREE STATUTE
002      ARSON                                   3 2C:17-1B

IT IS THEREFORE ON APRIL 28 2000    ORDERED AND ADJUDGED THAT THE DEFENDANT IS SENTENCED AS FOLLOWS:

COURT IMPOSED: COUNT 2 - ARSON - THIRD DEGREE:  DEFENDANT IS REMANDED TO THE CUSTODY OF THE COMMISSIONER OF THE
DEPARTMENT OF CORRECTIONS FOR A TERM OF THREE (3) YEARS AND SIX (6) MONTHS. $75 SSNA, $50 VCCB, $30 LEOPA, $2
TRANSACTION FEE; ALL MONIES PAYABLE THROUGH PAROLE AUTHORITY DEFENDANT TO PAY BALANCE DUE SUMMIT BANK (VICTIM).


( ) IT IS ORDERED THAT THE SHERIFF DELIVER THE DEFEND. TO THE APPROPRIATE CORRECTIONAL AUTHORITY.
( ) DEFENDANT RECEIVES CREDIT FOR TIME SPENT IN CUSTODY
TOT. DAYS __ DATES
( ) DEFENDANT RECEIVES GAP TIME CREDIT FOR TIME SPENT IN CUSTODY
TOT. DAYS __ DATES
TOT. CUSTODIAL TERM 03Y 06M 00D INSTITUTION:        CARE COMMISS/CORR       TOT. PROBATION:00Y 00M

STATE OF NEW JERSEY V. EDWARD WALKER

```
     TOTAL FINE          $.00 1) A MANDATORY DEDR PENALTY IS IMPOSED
TOTAL RESTITUTION·        $.00    0 1ST DEGREE @ $3000    0 4TH DEGREE @ $750
                                  0 2ND DEGREE @ $2000    DISORDERLY PERSONS @ $500
IF THE OFFENSE OCCURRED ON/AFTER  0 3RD DEGREE @ $1000
12/23/91 AN ASSESSMENT OF $50 IS                     TOTAL DEDR PENALTY      $.00
IMPOSED ON EACH CONVICTED COUNT   ( ) COURT ORDERS THAT COLLECTION OF DEDR PENALTY BE SUSPENDED UPON DEFENDANT'S
UNLESS THE BOX BELOW INDICATES        ENTRY INTO A RESIDENTIAL DRUG PROGRAM FOR THE TERM OF THE PROGRAM
A HIGHER ASSESSMENT ($30 IF OF-
FENSE OCCURRED ON/AFTER 1/9/86  2) A FORENSIC LABORATORY FEE OF $50 PER OFFENSE ORDERED _ OFFENSES @ $50.
UNLESS HIGHER ASSESSMENT NOTED)                    TOTAL LAB FEE        $.00
($25 IF OFFENSE BEFORE 1/1/86)  3) DRUGS INVOLVED:
                                4) A MANDATORY DRIVER'S LICENSE SUSPENSION OF ___ MO. IS ORDERED
  (X) ASSESSMENT IMPOSED ON        THE SUSPENSION BEGINS _____ END: _____
      COUNT(S)  1                  DRIVERS LICENSE # _____
      IS      $50.00 EACH.
TOTAL VCCB ASSESS    $50.00     DEFENDANT ADDRESS: _____
      SSNA:  $75.00                EYE COLOR_____ SEX _____ DATE OF BIRTH _____
  ( ) INSTALLMENT PAYMENTS ARE     ( ) DEFENDANT HOLDS AN OUT-OF-STATE DRIVERS LICENSE FROM
      OF $_____ PER _____        JURISDICTION _____ DRIVERS LICENSE # _____
  BEGINNING _____              ( ) YOUR NON-RESIDENT DRIVING PRIVILEGE IS REVOKED FOR ____ MONTHS
```

IF OFFENSE OCCURRED ON/AFTER 02/01/93 & SENTENCE IS PROBATION OR STATE CORRECTIONS, A TRANSACTION FEE UP TO $1.00 IS ORDERED EACH OCCASION A PAYMENT OR INSTALLMENT IS MADE.
IF OFFENSE OCCURRED ON/AFTER 08/02/93 A $75 SAFE NEIGHBORHOOD SERVICES FUND ASSESSMENT IS ORDERED ON EACH CONVICTION
IF OFFENSE OCCURRED ON/AFTER 01/05/94 & SENTENCE IS PROBATION A FEE OF UP TO $25 PER MO. FOR THE PROB. TERM IS ORDERED AMOUNT PER MONTH _____

```
NAME OF FORM PREPARER             TELEPHONE#     NAME (ATTORNEY)
PATRICIA K. DROZDOWSKY, JUD. SEC.609 853 3534    ROBERT B MC FARLAND ESQ.
```

REPORTER:                          REASONS

SEE STATEMENT OF REASONS ATTACHED

```
MARTIN A HERMAN, J.S.C.                              APRIL 28 2000
JUDGE (NAME)                 JUDGE(SIGNATURE)        DATE
```

## STATE OF NJ v. EDWARD WALKER
## INDICTMENT NO. B98-04-00247-I

**Sentence Date: 4/28/00**

The defendant, Edward Walker, was indicted under Indictment No. B98-04-00247-I on two counts; the first count, Conspiracy to Commit Arson, the second count, Arson. This matter was presented to a jury of his peers and that jury returned a verdict on March 16, 2000 of not guilty on Count 1, Conspiracy to Commit Arson, and guilty on Count 2, Arson.

The court would indicate that it has reviewed the presentence report, has reviewed submissions by counsel, has listened to presentations made in open court, and finds and determines as follows:

### AGGRAVATING CIRCUMSTANCES:

(3)         The risk that the defendant will commit another offense: The defendant in this matter is age 57.  As an adult, he has suffered a series of arrests in Florida, New York and New Jersey, such as a  March, 1966 disorderly persons event, for which he apparently was convicted in the State of Florida.  He was also arrested in 1966 in Florida for an aggravated assault (the court assumes since disposition is not available, that the matter was dismissed).  The court also notes an arrest in Rhode Island in 1971 for carrying an inappropriate knife, which matter, apparently, was no billed.  There is a 1971 arrest in New York City for attempted assault (the court assumes that matter was also dismissed).  In 1972 the court notes an arrest for mail theft for which the defendant was convicted.  There is a 1973 arrest in New York City for possession of dangerous weapon and assault, for which it appears defendant received a conditional discharge.  Likewise, in 1975, there was an arrest for assault in New York City, for which a conditional discharge was entered.  In New Jersey there appears to be a 1992 arrest in Camden for CDS possession with intent to distribute within 1000 feet of a school, for which the defendant received a term of imprisonment.  There is a 1997 ordinance violation, a municipal court matter, for which he was fined for a zoning violation in Camden City.  There is a December, 1997 municipal court matter in Camden for filing a fictitious report, amended to improper behavior, for which the defendant was convicted.  The defendant was arrested in the present matter, likewise, in East Greenwich Township on December 14, 1997.  There have been no arrests or convictions since that time.  THIS FACTOR IS GIVEN MODERATE TO SUBSTANTIAL WEIGHT.

(6)         The extent of the defendant's prior criminal record is noted above:  THIS FACTOR IS GIVEN MODERATE WEIGHT.

(9)         The need to deter the defendant and others from violating the law is beyond obvious:  The offense for which this defendant has been convicted represents a serious breach of the public policy of this state requiring this court to send this defendant and others like him a clear message that the court will use its sentencing powers to dissuade similar conduct, now and in the future.  THIS FACTOR IS GIVEN SUBSTANTIAL WEIGHT.

### MITIGATING CIRCUMSTANCES:

(6)         The court assumes that the defendant would participate in a program of community service, and, of course, make restitution,  if so ordered: THIS FACTOR IS GIVEN SUBSTANTIAL WEIGHT.

(10)         The defendant is particularly likely to respond affirmatively to probationary treatment:  The Case Supervisor Analysis opines that the defendant would not be amenable to probation supervision.  The basis of this opinion is the defendant's criminal history and his failure to respond

affirmatively to prior opportunities for rehabilitation; thus, opining that probation supervision alone would not serve as a sufficient deterrent for future criminal offenses. The court concurs. THIS FACTOR, NONETHELESS, IS GIVEN MODERATE WEIGHT given the defendant's age and parental responsibilities since there would be, in the court's view, a clear incentive to obey probation for those reasons mentioned in Factor #11 hereafter.

(11)        The imprisonment of the defendant may entail hardship to dependants: The defendant indicates he shares two daughters, ages 10 and 8, with a Shelly Tyler, who has primary custody. Defendant indicates that he pays $500 per month child support on his own behalf without being court ordered to do so. Accepting the defendant at his word in this regard, THE COURT WILL GIVEN THIS FACTOR SUBSTANTIAL WEIGHT.

***

Overall, the court concludes that the aggravating and mitigating factors appear to be somewhat in equipoise. The defendant in this matter, as indicated, has a long history, albeit intermittent and varied, with the law. On the other hand, there does appear to be some acknowledgment by this defendant, given his age, given his responsibility, given his job, that if he were placed on probation, he might be a successful candidate, not necessarily out of his respect for doing the right thing, but of the consequences that would be engendered as a result of doing the wrong thing. Given the nature of this defendant's record, these thoughts appear to be more retrospective in nature than prospective--that is, more a commodity of afterthought rather than forethought. The court also would note that the philosophy of the criminal code is predicated on appropriate punishment for the offense committed and in that respect it is gender blind, race blind, status blind, occupation blind, and as noted, offense based. In this respect, the court believes that overall the interest of justice requires the court to impose sentence accordingly.

Notice to:
**Cook County Residents**

**RE:  Mortgage Payment Reduction Notice**

Davvall Johnson
6743 S Indiana Ave
Chicago, IL 60637-3914

4718

Davvall Johnson:

Due to recent changes in government guidelines, there are new
expanded mortgage programs available to select Cook County
residents.  According to information obtained from the Cook County
Recording Office, your property at 6743 S Indiana Ave may be
eligible for immediate payment reduction.

Kemper Mortgage is an authorized program sponsor but, cannot begin
processing your new payment until you call 800 899-7480 on or
before July 11, 2008.  This will allow your new payment to be
processed before your July payment date.

Due to the high volume of calls, please have your Personal
Identification Number available when you call:

**Personal Identification Number: JDNL4073H2**

**John Schroeder**
**800-899-7480**

*[Handwritten: I Robert J. Anderson, We Recieved this Letter on Wednesday the 9th of July. BUT We must Call This # 800-899-7480 on or Before July 11th. We Finely Talked To a Mr Patrick, Who Told me, Kemper Mortgage Can Not Help Us, Because Our Home is in Foreclosure. and The Government Have Not Authorized Kemper mortgage To Help The People That Need it the most. Robert J. Anderson 7-11-08 PM]*

**Kemper Mortgage, Inc. Illinois Residential Mortgage Licensee #MB0005096**

www.KemperCares.com. Kemper Mortgage is an approved lender of the U.S. Department of
Housing and Urban Development (HUD) and Federal Housing Administration (FHA) mortgage
programs. Information herein was not provided by any lender nor is Kemper Mortgage, 475
North Martingale Road, Suite 820, Schaumburg, IL 60173, 847-240-2700, affiliated with,
sponsored or authorized by any other lender. © 2007. Kemper Mortgage, Inc.  All rights
reserved. D.IL.5.07.1

Calendar Number 57
Cook County ID #21762

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - CHANCERY DIVISION

U.S. Bank National Association as Trustee, Series #2006-KS8, Pool #0418

**PLAINTIFF**

Vs.

No. 07 CH 32942

Cleveland E. Johnson a/k/a Cleveland Johnson; et. al.
**DEFENDANTS**

### JUDGMENT FOR FORECLOSURE AND SALE

THIS CAUSE having been duly heard by this Court upon the record herein on the merits of the Complaint for Foreclosure filed by the Plaintiff and on Plaintiff's Motion for entry of Judgment for Foreclosure and Sale, (hereinafter referred to as Judgment) the Court

**FINDS:**

(1) **JURISDICTION:** The Court has jurisdiction over the parties hereto and the subject matter hereof.

(2) **ALLEGATIONS PROVEN:** This Judgment is fully dispositive of the interest of all defendants. All the material allegations of the Complaint filed pursuant to 735 ILCS 5/15-1504, those allegations being both required and those deemed alleged by virtue of subsection (c), are true and proven, that by entry of this Judgment for Foreclosure and Sale, the Mortgage and Note which is the subject matter of these proceedings is extinguished and merged into Judgment and default no longer exists, but has been replaced by Judgment, and that by virtue of the Mortgage, and the evidences of indebtedness secured thereby alleged in the Complaint, there is due to the Plaintiff, and it has a valid subsisting lien on the property described hereafter, the following amounts:

| | |
|---|---|
| Principal, Accrued Interest and Advances by Plaintiff: | $156,541.57 |
| Costs of Suit: | $1,195.00 |
| Attorneys' Fees: | $1,080.00 |
| **TOTAL** | $158,816.57 |

1

CODILIS & ASSOCIATES, P.C.
I L L I N O I S
LAW OFFICES
15W030 NORTH FRONTAGE ROAD
SUITE 100
BURR RIDGE, IL 60527

Codilis
15 W 030 N. Frontage Rd. Suit 10
Burr Ridge. 60527
Ph# 630-794-5300
630 230 2613 Fax

Case# 07CH-32942

049J82043118
$00.580
05/08/2008
Mailed From 60527
US POSTAGE

neopost

We Talked About, School and Grants.

#39147 Bus Driver F.M. Go To School, Days & Work Nights
Date 8-29-2007 Pm.

Chicago Police Chief
      Jody Weis        1-15-2008
                        8-42-AM
                                   Ave. 312-745-6100
      3510 So. Michigan  60653
      UP Date Call on 1-31-2008 about 9:30Am, Mr Bra
10:11  10:15 Am  "   "   Called on 2-8-2008 - Ms Jody - Mr Weis's, Assistant
Am           In Coming - Attn, Amber Miller  8:45 AM 1-15-08
      Returned Call To - 312-412-9243 @ 8:47 Am - 1-15-08


Mr. Bradley, On 3-18-08 Refused to let me
Talk To Mr Jody Weis, about The Police Tring
To Kill me, and Tring To get into my House
on 3-17-08 Pm


LOuisburg Superior Court

Mr. Micheal Sills
Case # 06-CR 5701295
Case # 07-CR 5 5074
Case   07 I 7702954   Seat Belt

STATE OF OHIO SPRINGFIELD

TICKET NO. **T259456**

☑ City ☐ Village ☐ Township

NAME Robert J Anderson

STREET 676 Washington Park

CITY, STATE Michigan City ☐ IN ZIP 46360

LICENSE ISSUED MO. 7 YR. 97 EXPIRES BIRTHDATE ☑? DAY STATE IN

SSN 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 D.O.B. MO. 11 DAY 18 YR. 12

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES |
|------|-----|--------|--------|------|------|
| 14 | M | 5-5 | 170 | BLK | BRO |

FINANCIAL RESPONSIBILITY PROOF SHOWN ☑ Yes ☐ No

LICENSE NO. 0900-04-0841

Lic. Class A DOT # ☐ Does Not Apply

**TO DEFENDANT: COMPLAINT**

ON 7/28, 19 98 AT 8.00 ☐ M. YOU OPERATED/PARKED/WALKED A
☐ Pass ☐ Comm. ☐ Cycle ☐ Over 26001 ☐ Bus ☐ Haz. Mat.
VEHICLE: YR. 80 MAKE WHITE BODY TYPE SEMI

COLOR BLUE LIC. P28779Q STATE IL

UPON A PUBLIC HIGHWAY, NAMELY IS70 (WIS) (M.P. 07)

AT ____

IN THE TWP OF HARMONY IN CLARK

COUNTY (NO. 12), STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| | | | |
|---|---|---|---|
| SPEED: ____ MPH In ____ MPH zone | | ☐ ORC ☐ ORD ☐ T.P. | |
| ☐ Over limits ☐ Unreas cond. ☐ ACDA | | | |
| ☐ Radar ☐ Air ☐ VASCAR ☐ Pace ☐ Laser ☐ Stationary ☐ Moving | | | |
| OMVI: ☐ Under the influence of alcohol/drug of abuse | ☐ ORC ☐ ORD ☐ T.P. | | |
| ☐ Prohibited blood alcohol concentration ____ BAC | | | |
| ☐ Blood ☐ Breath ☐ Urine ☐ Refused | | | |
| DRIVER LICENSE: ☐ None ☐ Revoked ☐ Suspended | ☐ ORC ☐ ORD ☐ T.P. | | |
| ☐ Expired ☐ 6 months or less ☐ Over 6 months | | | |
| Suspension Type ____ | | | |
| ☑ SAFETY BELT – Failure to wear | ☑ ORC ☐ ORD ☐ T.P. | | |
| ☑ Driver ☐ Passenger ☐ Child Restraint | 4513 263 | | |
| OTHER OFFENSE ____ | ☐ ORC ☐ ORD ☐ T.P. | | |
| OTHER OFFENSE ____ | ☐ ORC ☐ ORD ☐ T.P. | | |

☐ DRIVER LICENSE HELD ☐ VEHICLE SEIZED ARREST CODE 110

☐ PAVEMENT: ☑ Dry ☐ Wet ☐ Snow ☐ Icy
☐ VISIBILITY: ☑ Clear ☐ Cloudy ☐ Dusk ☐ Night
☐ WEATHER: ☐ Rain ☐ Snow ☐ Fog ☑ No Adverse
☐ TRAFFIC: ☐ Heavy ☑ Moderate ☐ Light ☐ None
☐ AREA: ☐ Business ☑ Rural ☐ Residential ☐ Industry ☐ School
☐ CRASH: ☐ Yes ☑ No ☐ Almost Caused ☐ Injury ☐ Non-Injury ☐ Fatal
☐ Crash Report Number: ____

☐ REMARKS Speed Warning

ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☑ No TOTAL # OFFENSES 1

**TO DEFENDANT: SUMMONS** ☐ PERSONAL APPEARANCE REQUIRED

You are summoned and ordered to appear at Municipal Court
5 W Columbia St Spring OH at 1:30 on
8/11, 19 98, if you fail to appear at this time and place you may be arrested or your license may be cancelled.

This summons served personally on the defendant on 7/28 19 98
The issuing-charging law enforcement officer states under the penalties of perjury and falsification that he/she has read the above complaint and that it is true.

| | | | | |
|---|---|---|---|---|
| Issuing-Charging Law Enforcement Officer | Court Code | Unit | Post | Dist. |
| T.D. Bush | 1270 | 252 | 12 | 5 |

**NOTE: ISSUING OFFICER BE SURE TO VERIFY ADDRESS, IF DIFFERENT FROM LICENSE ADDRESS WRITE PRESENT ADDRESS IN SPACE PROVIDED** OSHP HP7

OHP0060 10-006000 (REVISION 9-1-96) **DEFENDANT'S COPY** [B630S]

00480463110 10

LICENSE PLATE NUMBER 46H297 3 - 2/05

TYPE OF PLATE ☑ PAS ☐ THK ☐ TXI ☐ TMP OTHER (ENTER CODE) ☐♿

STATE ☐ IL ☐ IA ☑ IN ☐ TX OTHER ☐ MI ☐ OH ☐ WI

PLATE EXPIRATION 0K05 MO YR

MAKE OF VEHICLE ☐ BUIC ☐ CHEV ☐ FORD ☐ HOND OTHER PLYM
☐ NISS ☐ OLDS ☐ PONT ☐ TOYT
☐ VIN ☐ CITY STICKER

ISSUE DATE MO DAY 20 TIME OF VIOLATION ☐ AM ☐ PM

AT: STREET NO. DIR. STREET NAME

UNIT STAR/BADGE NO. 3 - 2/05

ISSUED BY SIGNATURE X

### Violation Codes

☐ **OBSTRUCT ROADWAY** 9-64-020 (b) $50.00
☐ **STREET CLEANING OR SPECIAL EVENT** 9-64-040 (b) $50.00
☐ **DISABLED PARKING ZONE** 9-64-050 (i) $200.00
☑ **RUSH HOUR** 9-64-080 (e) $50.00
☐ **NO STAND/PARK TIME RESTRICTED** 9-64-080 (b) $50.00
☐ **RESIDENTIAL PERMIT PARKING** 9-64-090 (a) $50.00
☐ **WITHIN 15' FIRE HYDRANT** 9-64-100 (i) $100.00
☐ **BLOCK DISABLED CURB CUT** 9-64 100 (d) $75.00
☐ **DOUBLE PARKING/STANDING** 9-64-110 (a) $100.00

METER VIOLATION
☐ **NON CENTRAL BUSINESS DISTRICT** 9-64-190 (a) $30.00
☐ **CENTRAL BUSINESS DISTRICT** 9-64-190 (b) $50.00

☐ **PARK/STAND ON CROSSWALK** 9-64-110 (c) $50.00
☐ **PARK/STAND ON SIDEWALK** 9-64-110 (b) $50.00
☐ **NO OR IMPROPERLY DISPLAYED CITY STICKER** 9-64-125* $120.00
☐ **PARK IN OR BLOCK ALLEY** 9-64-130 $150.00
☐ **MUNICIPAL BUS, TAXI, CARRIAGE STAND** 9-64-140 (a) $90.00
☐ **PARK/STAND PROHIBITED ANYTIME** 9-64-150 $50.00
☐ **CURB LOADING ZONE** 9-64-160 (b) $50.00
☐ **MISSING REAR OR FRONT PLATE** 9-76-160 (a)* $50.00
☐ **EXPIRED PLATES OR TEMPORARY REGISTRATION** 9-76-160 (f) $50.00

METER NUMBER

OTHER DESCRIPTION

9- ____ — ____

*You received this Violation Notice because your vehicle did not comply with the equipment or license requirements established by the Chicago Municipal Code.

### Other Violation Codes

| $25.00 FINES | $26.00 FINES | $25.00 FINES | $50.00 FINES | $75.00 FINES |
|---|---|---|---|---|
| 9-40-170* | 9-76-040* | 9-76-180* | 9-40-080 | 9-64-150 (a) |
| 9-40-220* | 9-76-050* | 9-76-190* | 9-64-091 | **$100.00 FINES** |
| 9-64-030 | 9-76-060* | 9-76-200* | 9-64-110 (e) | 9-40-060 |
| 9-64-100 (g), | 9-76-070* | 9-76-210 (a)*,(b)* | 9-64-180 | 9-64-100 (e), (h) |
| 9-64-120 | 9-76-080* | 9-76-220 (a)*,(b)* | 9-64-184 | 9-68-040 |
| 9-64-170 (a), | 9-76-090* | 9-80-080 (b), (c) | 9-64-210 | 9-76-140 (a)* |
| (b), (c) | 9-76-100* | 9-80-120 | 9-80-050 | 9-80-080 (a) |
| 9-64-200 | 9-76-110 (a)* | 9-80-130 | 9-80-110 | **$120.00 FINES** |
| 9-76-010* | 9-76-120* | | **$75.00 FINES** | 9-76-170* |
| 9-76-020* | 9-76-130* | **$30.00 FINES** | 9-64-100 (b), (c) | **$125.00 FINES** |
| 9-76-030* | 9-76-140 (b)* | 9-64-060 | 9-64-110 (b), (f), | 9-64-170 (d) |
| | 9-76-150 | 9-64-070 | (g), (h) | |

Robert Hobit

312-201-1421

77 W. Washington, 411
Chicago IL 60602



2=24 AM 10-4-2007

The County Court System

11:57pm 10-4-2007  The System is Broken

Beyond Repair

This Document

**Show-case** the

need For a New System

that Works: Prepared BY:

Operation Hope **U.S.A.** +

Robert J. Anderson  219-210-9708

10:45 10-5-07  Robert J. A.
9 am

468-6989

LAW OFFICES

# LEE & McFARLAND

SUITE 304 PARKADE BUILDING

P. O. BOX 1568

CAMDEN, NEW JERSEY 08103

——

519 FEDERAL STREET

GUY LEE, JR.
(1910-1982)

ROBERT B. McFARLAND

(856) 964-3178
(856) 845-9497
FAX (856) 964-3150

May 30, 2000

Operation Hope USA
282 Pine Tree Court
Michigan City, Indiana 46360

Attention:  Robert J. Anderson

RE:  State of New Jersey
     v. Edward D. Walker
     Superior Court of New Jersey
     Indictment No. B98-04-00247-I

Dear Mr. Anderson:

As per our recent telephone conversation concerning the
Miranda issue in the above matter, I enclose herewith a copy of the
following:

     a.  Brief which I submitted upon behalf of the
        defendant, Edward Walker, to suppress the
        written and oral statements made by Mr. Walker;

     b.  Brief of the State in opposition to that motion.

Please note the attachments to the State's Brief including the Waiver
of Rights signed by Mr. Walker on December 19, 1997 at 4:45 P.M.,
the written statements in question and a copy of the transcript of
his taped oral statement given later that day.

That motion was denied by the Honorable Martin A. Herman
on August 28, 1998 after hearing the testimony of Patrolman Charles
Barone of the East Greenwich Township Police Department and Mr.
Walker.  The basic issue set forth at that hearing is in the first
full sentence of page 7 of Mr. Walker's Brief.  Unfortunately, Judge
Herman found that Patrolman Barone did in fact give Mr. Walker his
Miranda Warnings as of initially interrogating him and prior to Mr.
Walker making any incriminating statements even though he had Mr.
Walker sign a Waiver of Rights form after he made his initial incrim-
inating statement.  Unless you have a video or other evidence which
you believe establishes the innocence of Mr. Walker in this matter, I
believe the denial of Mr. Walker's motion to suppress those statements
is the only appealable issue in this matter.  Such appeal must be

Operation Hope USA                                    May 30, 2000
                                                           Page 2


filed within forty-five (45) days of Mr. Walker's sentencing or on
or before June 14, 2000.  I also enclose herewith a copy of my letter
of May 2, 2000 to Mr. Walker suggesting that he consider having the
Public Defender file an appeal upon his behalf as to denial of the
suppression motion, but do not know whether he has in fact taken
that action.

          If you have any questions concerning these enclosures and/or
desire that I take any further action with regard to this matter,
please contact me immediately upon receipt of this letter.


                              Very truly yours,

                              LEE and McFARLAND

                         BY:  _Robert B. McFarland_

                              ROBERT B. McFARLAND


RBMcF/tlo
Enclosures
#0415
cc:  Mr. Edward D. Walker

May 2, 2000

Mr. Edward Walker
Gloucester County Jail
P.O. Box 376
Woodbury, New Jersey 08096

    RE: State of New Jersey
      v. Edward D. Walker
      Superior Court of New Jersey
      Indictment No. B98-04-00247-I

Dear Mr. Walker:

   I enclose herewith a copy of my letter of this date to
Robert J. Anderson of Operation Hope USA, concerning the above matter
and assume you will find the same to be self-explanatory.

   I will, of course, advise you as to any response which I
receive from Mr. Anderson to the requests of that letter. I frankly
was disappointed, but not surprised by the sentence which the
Honorable Martin A. Herman imposed upon you in this matter. Perhaps
you should consider having the Public Defender file an appeal upon
your behalf, particularly as to the denial of the motion which I
made to suppress the oral and written confessions which you gave
on December 19, 1997 to Patrolman Charles Barone of the East Greenwich
Township Police Department. That motion was denied by Judge Herman
as His Honor found that Patrolman Barone gave Miranda warnings to
you as of commencing his interview of you and prior to you making
your first incriminating statement even though Patrolman Barone after
that incriminating statement then had you sign a waiver of your
Miranda rights and before you made your written confession and gave
a taped statement. That motion was heard on August 28, 1998.

   Please arrange for the sum of $500.00 to be promptly
forwarded to me in payment of the balance which I have agreed to
accept in full payment of the amount due upon my bill of March 21,
2000 for my services and costs advanced in defending this matter
and the disorderly persons charge heard against you in the Camden
Municipal Court.

        Very truly yours,

        LEE and McFARLAND

      BY:
        ROBERT B. McFARLAND

RBMcF/tlo
Enclosure
#0415



**STATE OF ILLINOIS**
City of Chicago
County of Cook

*I Robert J. Anderson*
*in BeHALF OF My*
*Governor.*

I, *George Ryan*_____, under oath and under penalty of perjury do, hereby

Declare Authorization to Mr. **Robert Anderson**, durable Power of Attorney for Legal

Representation.

*By: Robert J. Anderson*

*George Ryan*
PRINT NAME

*George Ryan*
SIGNATURE

*1998*
DATE

**LEGAL REPRESENTATION SIGNATURE OF CONSENT**
( POWER OF ATTORNEY )

*Robert J. Anderson*
PRINT NAME

*Robert J. Anderson*
SIGNATURE

*11-26-07*
DATE

SUBSCRIBED AND SWORN TO BEFORE ME THIS *26* DAY OF *Nov,*____ 20*07*

_____
NOTARY SIGNATURE

"OFFICIAL SEAL"
Sharon A. Poole
Notary Public, State of Illinois
My Commission Exp. 04/21/2008

_____
NOTARY SEAL



# OPERATION HOPE USA
## P.O. BOX "G" MICHIGAN CITY IN. 46361
### LOCAL FOCUS CHANNAL 99
#### 219-879-6660

February 4, 2002

Honorable Governor George Ryan
1-217-557-8599

I talked to your staff on January 31, 2002 in regard to a TV interview
With you on my show "Local Focus" here in Michigan City, In.

My name is Robert J. Anderson you may remember me from the enclosed
photo we took at a breakfast meeting in Chicago in 1998 when I pledged
my support to your campaign.

At that time you gave me an open invitation to your office in Springfield
and Chicago. You said if I should have any problems in the State of
Illinois with companies that discriminate against me because I am a
minority I should report this to your office.

I have evidence to support my claim. The topic would be the policies of
the State of Illinois in reference to equal opportunities, I also would like to
talk to you about your trip to Cuba I understand it was a total success.
Looking forward to hearing from soon.

Robert J. Anderson

Operation Hope USA
219-874-5900 Fax

6:  10-19-99

## *MAY 18,1999*

*TO WHOM IT MAY CONERN I JOHNNIE MARIE LENOIR ANDERSON(SS#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) DO GIVE MR. ROBERT J ANDERSON AUTHORIZATION  TO REPRESENT ME IN ALL ASPECTS OF MY CASE CONERNING BANC ONE*

*JOHNNIE MARE LENOIR ANDERSON*

*Johnnie Marie Lenoir Anderson*

*May 18, 1999*

pls, IN
5  10-19-94 (13)9

99-00648

WAYNE E. EULER
RECORDER  PORTE CO.

## Release of Mortgage

THIS CERTIFIES, that a certain Mortgage made and executed by JOHNNIE LENOIR, to  Banc One Financial Services, Inc., on the date AUGUST 26, 1997  calling for amount of loan $60409.93 and recorded in Mortgage Record 97-14142, Book , Page  in the Recorder's office of LA PORTE County, State of Indiana, has been fully paid and satisfied and the same is hereby released.

WITNESS the hand and seal of said Mortgagee this October 28, 1998.

Banc One Financial Services, Inc.
By:_____
James A. Arcari, Vice President

STATE OF INDIANA
COUNTY OF MARION

I MELISSA R. KIMMERLING, a Notary Public in and for said County, in the State foresaid, do hereby certify that James A. Arcari,  personally known to me as the Vice President for Banc One Financial Services, Inc. and personally known to me to be the same person whose name subscribed to the foregoing instrument, appeared before me this day in person and as the free and voluntary act and deed of said corporation, for the uses and purposes therein set forth.

GIVEN under my hand and notarial seal this October 28, 1998

MELISSA R. KIMMERLING
Notary Public, Madison Co., IN
My Comm, Expires July 14, 2001

MELISSA R. KIMMERLING Notary Public

County of Residence: MADISON
My Commission Expires: 07-14-2001

This document was prepared by:  SHANNON M. MORGAN
8604 Allisonville Road
Indianapolis, IN 46250

RETURN TO:  JOHNNIE LENOIR
626 WASHINGTON PARK BLVD.
MICHIGAN CITY IN 46360

Acct#: DUPLICATE

7   10-19-99

## *MAY 19,1999*

## *TO WHOM IT MAY CONCERN I BOBBY LEE McMILLON DO GIVE ROBERT J ANDERSON AUTHORIZATION TO REPRESENT ME IN ALL ASPECTS OF MY CASE CONCERNING BANC ONE*

## *BOBBY LEE McMILLON*

*Bobby L McMillon*

Operation Hope USA

Robert J. Anderson

1-219-874-1468

T.V. CH: 99   Michigan City In.

1-219-879-6660



# THE CHURCH

# FAMILY-SecretS FOR SURE?

# Trial in the DIRKSON U.S. CourthoUSE

# Chicago, IL.

## Loose GUNS OUTFIT

This Document By: Dr.
Robert J. Anderson of Operation HoPe
U.S.A. Robert J. Anderson

03 DECEMBER 2007

TO:        PRESIDENT GEORGE W. BUSH ( WHITE HOUSE )
           1600 PENNSYVANIA AVE. NW
           WASHINGTON, D.C. 20500

FROM:      ROBERT J. ANDERSON, PRESIDENT OPERATION HOPE U.S.A.
           6743 S INDIANA AVE. CHICAGO ILL. 60637  PHONE: 646 345-2207

SUBJECT:   FULL PARDON OF EX-GOVERNOR GEORGE RYAN
           AND LISTED FOUR CONVICTED CITIZENS

*Ms Sheena S, Hampton Cook County # 2007-007-6873 Dec. 8, D.O.B. 6-11-90*

DEAR **MR. PRESIDENT**, AT THIS TIME, I AM REQUESTING AN EMERGENCY
MEETING WITH RESPECT TO THE FULL AND COMPLETE **PARDON** OF EX-
GOVERNOR OF THE STATE OF ILLINOIS, **GEORGE RYAN, LESLIE A. SMITH,**
**WILLIAM E. POOLE ,CHARLES RAMSEY,THEODIS THOMAS-ANDERSON.** *MY SON*
WE AT OPERATION HOPE U.S.A. HAVE PROOF AT THE TIME OF SENTENCING
THE POLICE HAD EVIDENCE THAT WOULD SET THEM FREE. I HUMBLY
REQUEST TO SCHEDULE THIS MEETING FOR DECEMBER 7, 2007 AT THE
HOUR OF YOUR EARLIEST POSSIBLE CONVENIENCE.

THE URGENCY OF THIS MATTER IS THE FACT THAT GEORGE RYAN HAS
BEEN ORDERED BY THE U.S. COURTS OF APPEALS TO START A SIX AND A
HALF SENTENCE IN THE VERY NEAR FUTURE. WE HERE AT OPERATION
HOPE U.S.A. HAVE MORE THAN ENOUGH FACTS TO JUSTIFY OUR REQUEST
FOR A **FULL PARDON** FOR OUR FORMER GOVERNOR. BEYOND A SHADOW
OF A DOUBT GEORGE RYAN WAS A GREAT GOVERNOR IN THE HISTORY OF
THE STATE OF ILLINOIS. WE HAVE DOCUMENTS AS WELL AS VIDEOS TO
PROVE THAT HE IS NOT GUILTY AS CHARGED. IN FACT IT IS OUR DESIRE
TO HAVE  YOUR OFFICE CONTACT  FORMER GOVERNOR GEORGE RYAN
IMMEDIATELY TO INVITE HIM AND HIS ATTORNEYS TO APPEAR AT THE
REQUESTED EMERGENCY PARDON HEARING.

**MR. PRESIDENT**, YOUR SPECIAL ATTENTION TO THIS EXTREMELY
URGENT MATTER WOULD GREATLY BE APPRECIATED. IF YOU HAVE ANY
QUESTIONS OR CONCERNS. PLEASE DON'T HESITATE TO CONTACT ME
DIRECTLY.

RESPECTFULLY.

ROBERT J. ANDERSON
OPERATION HOPE U.S.A.

# MERRILLVILLE POLICE DEPARTMENT

*"Protecting and Serving Because We Care"*

# WARNING

EVENT # 2007 05 0493

| DAY OF WK | DAY | MONTH | YEAR | TIME | ☐ AM |
|-----------|-----|-------|------|------|------|
| SAT | 05 | MAY | 07 | 1220 | ☐ PM |

| LAST NAME | FIRST NAME | MI |
|-----------|-----------|-----|
| ANDERSON | ROBERT | J |

STREET ADDRESS: 6743 SO. INDIANA

| CITY | STATE | ZIP |
|------|-------|-----|
| CHICAGO | IL | 60637 |

| RACE | SEX | DOB | HEIGHT | WEIGHT |
|------|-----|-----|--------|--------|
| B | M | 11 8 42 | 505 | 190 |

| OPERATORS LICENSE NO. | SOC. SEC. NO. | STATE |
|----------------------|---------------|-------|
| 0900 040841 | 427781062 | IN |

---

☐ **TRAFFIC VIOLATION WARNING**

YOU ARE HEREBY CAUTIONED FOR OPERATING THE LISTED MOTOR VEHICLE IN VIOLATION OF AN INDIANA STATE LAW OR LOCAL TOWN ORDINANCE. THIS IS ONLY A WARNING. THERE IS NO FINE AND NO "POINTS" WILL BE ASSESSED ON YOUR DRIVING RECORD FOR THIS VIOLATION.

| VEH COLOR | VEH YR | VEH MAKE | LIC YR | LIC STATE | LIC NO. |
|-----------|--------|----------|--------|-----------|---------|
| | | | | | |

LOCATION

VIOLATION

---

☒ **CRIMINAL TRESPASS WARNING**

PURSUANT TO IC 35-43-2-2, AND AT THE REQUEST OF THE PROPERTY OWNER OR THE PROPERTY OWNER'S AGENT, YOU ARE HEREBY WARNED AND GIVEN NOTICE NOT TO ENTER THE REAL PROPERTY LISTED BELOW. ANY SUBSEQUENT VIOLATION OF THIS WARNING SHALL RESULT IN YOUR ARREST FOR A CLASS "A" MISDEMEANOR, WHICH IS PUNISHABLE BY UP TO ONE (1) YEAR IN JAIL AND/OR MAXIMUM FINE OF $5,000.00.

NOTE: THIS WARNING SHALL REMAIN IN EFFECT UNLESS THE PROPERTY OWNER REVOKES IT BY GIVING WRITTEN NOTICE TO THE MERRILLVILLE POLICE DEPARTMENT.

PROPERTY OWNER OR AGENT: FLOYD ARCHIE

PROPERTY LOCATION: 1239 W 58th PL

| ISSUING OFFICER'S SIGNATURE | UNIT NO. |
|----------------------------|----------|
| | 190 |

Case 1:08-cv-04744   Document 1   Filed 08/20/2008   Page 37 of 53
Interim/Plenary Order of Protection:  1 of 3 Pages
(This form replaces CCG-83-1)

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People ex rel. _____

_____ on behalf of

_____ self and/ or behalf of

Robert J. Anderson
**Petitioner**

v.

Floyd Archer (Archie)

**Respondent**

Case No. ___08 OP 1385___

☒ **Independent Proceeding**

☐ **Other Civil Proceeding**

(Specify) _____

☐ **Criminal Proceeding**

☐ **Juvenile Proceeding**

**LEADS NO.** _____

| PETITIONER Robert J. Anderson | ADDRESS 6743 S. Indiana Ave. ☐ (check if omitted pursuant to Statute) | CITY/STATE/ZIP Chgo., Il 60637 |
|---|---|---|
| RESPONDENT Floyd Archer | ADDRESS 2239 W. 58th Ave. | CITY/STATE/ZIP Merriville, Indiana |

| Birthdate (Required for LEADS) | Sex M | Race B | Height 6'2 | Weight 325 | Hair br | Eyes br | Social Security Number (if known) |
|---|---|---|---|---|---|---|---|

2yrs                          **ORDER OF PROTECTION**                          default
                              **INTERIM**                   **PLENARY**
              Crim ☐ 953   Civil ☐ 4552     Crim ☐ 954   Civil ☒ 4652

ANY KNOWING VIOLATION OF ANY ORDER OF PROTECTION FORBIDDING PHYSICAL ABUSE, NEGLECT, EXPLOITATION, HARASSMENT, INTIMIDATION, INTERFERENCE WITH PERSONAL LIBERTY, WILLFUL DEPRIVATION, OR ENTERING OR REMAINING PRESENT AT SPECIFIED PLACES WHEN THE PROTECTED PERSON IS PRESENT OR GRANTING EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD, PROHIBITING ENTERING OR REMAINING AT THE HOUSEHOLD WHILE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS AND SO CONSTITUTING A THREAT TO THE SAFETY AND WELL-BEING OF ANY PROTECTED PERSON, OR GRANTING A STAY AWAY ORDER, IS A CRIMINAL OFFENSE. GRANT OF EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD SHALL CONSTITUTE NOTICE FORBIDDING TRESPASS TO LAND. ANY KNOWING VIOLATION OF ANY ORDER AWARDING LEGAL CUSTODY OR PHYSICAL CARE OF A CHILD, OR PROHIBITING REMOVAL OR CONCEALMENT OF A CHILD MAY BE A CLASS 4 FELONY. ANY WILLFUL VIOLATION OF ANY ORDER IS CONTEMPT OF COURT. ANY VIOLATION MAY RESULT IN A FINE OR IMPRISONMENT. STALKING IS A FELONY.

Any Order of Protection which would expire on a court holiday shall instead expire at the close of the next court business day.  750 ILCS 60/220 (f)

*(Definitions of prohibited conduct on reverse)*

The following persons are protected by this Order:   Robert J. Anderson

_____

The "minor child/ren" referred to herein are: _____

_____

Date, time and place for further hearing (*if Interim Order*):

Date: _____   Time: _____   Courtroom/Calendar No.: __201/71__

Location: _____ 555 W. Harrison

| This Order was issued on: Date: 5-29-08   Time: 11:04 a.m. | This Order will be in effect until: ☐ Date: 5-28-10   Time: 4:30 p.m. ☐ Vacated by court order. ☐ Specified event: _____ |
|---|---|

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

5  PETITIONER'S COPY

BASED ON THE FINDINGS OF THIS COURT, ☑ WHICH WERE MADE ORALLY FOR TRANSCRIPTION, OR ☑ WHICH ARE SET OUT IN A SEPARATE INSTRUMENT FILED WITH THE COURT, AND WITH THE COURT HAVING JURISDICTION OF THE SUBJECT MATTER AND OVER ALL NECESSARY PARTIES, IT IS HEREBY ORDERED THAT:

☑ 1. With respect all Protected Persons, Respondent is prohibited from committing the following:
  ☑ Physical abuse;    ☑ Harassment;    ☑ Interference with personal liberty;    ☐ Intimidation of a dependent;
  ☐ Willful deprivation;    ☐ Neglect;    ☐ Exploitation;    ☑ Stalking.

☐ 2. Petitioner is granted exclusive possession of the residence and Respondent shall not enter or remain in the household or premises located at:
_____
_____
  *[This remedy does not affect title to property]*

☐ 3.  ☐ a. Respondent is ordered to stay away from Petitioner and other protected person; and/or
    ☑ b. Respondent is prohibited from entering or remaining at _____ 6743 S. Indiana Ad fry tin. _____
       _____ while any Protected Person is present; and/or

    ☐ c. Respondent is allowed access to the residence on (date) _____ at (time) _____ in the presence of (name) _____ to remove items of clothing, personal adornments, medications used exclusively by the Respondent and other items, as follows: _____

☐ 4. Respondent is ordered to undergo counseling at _____
  for a duration of _____

☐ 5.  ☐ a. Petitioner is granted physical care and possession of the minor child/ren; and/or
    ☐ b. Respondent is ordered to:
      ☐ Return the minor child/ren _____ to the physical care of
      _____; and/or
      ☐ Not remove the minor child/ren _____ from
      the physical care of Petitioner or _____

☐ 6. Petitioner is granted temporary legal custody of the minor child/ren; _____
  _____

☐ 7.  ☐ a. Respondent is awarded visitation rights on the following dates and times or under the following conditions or parameters:
       *[No order shall merely refer to the term "reasonable visitation"]*
       _____
       _____

    ☐ b. Respondent's visitation is restricted as follows:
       _____
       _____

    ☐ c. Respondent's visitation is denied.
       (Petitioner may deny Respondent access to the minor child/ren if, when Respondent arrives for visitation, Respondent is under the influence of drugs or alcohol and constitutes a threat to the safety and well-being of Petitioner or Petitioner's minor child/ren or is behaving in a violent or abusive manner.)

☐ 8. Respondent is prohibited from removing the minor child/ren from Illinois or concealing them within Illinois.

☐ 9. Respondent is ordered to appear in Courtroom/Calendar _____ at _____
  _____ on _____ at _____ a.m./p.m, with/without the minor child/ren.

☐ 10. Petitioner is granted exclusive possession of the following personal property and the Respondent is ordered to promptly make available to Petitioner said property that is in Respondent's possession or control, to wit:
  _____
  _____
  *[This remedy does not affect title to property]*

☒ 11. Respondent is prohibited from taking, encumbering, concealing, damaging or otherwise disposing of the following personal property:
  _____ res int/ext _____
  _____, except as explicitly authorized by the Court.
    ☐ Further, Respondent is prohibited from improperly using the financial or other resources of an aged member of the family or household for the point or advantage of Respondent or any other person.

☐ 12. Respondent is ordered to pay temporary support for ☐ Petitioner and/or ☐ the minor child/ren of the parties as follows:
  $_____ per _____, starting _____, payable ☐ through the Clerk of the Circuit Court, or ☐ directly to Petitioner.

☐ 13. Respondent is ordered to pay $_____ as actual monetary compensation for loss(es) to _____
  on or before _____
    ☐ Further, Respondent is ordered to pay court costs in the amount of $_____ and attorney fees in the amount of $_____
  to _____ in connection with any action to obtain, modify, enforce, appeal or reopen any Order of Protection, on or before _____ .

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

☐ 14.   Respondent is prohibited from entering or remaining at the household or residence located at _____
_____ while under
the influence of alcohol or drugs and so constituting a threat to the safety and well-being of any Protected Person.

☐ 14.5  1.  The Court has examined the Petitioner and any other witnesses under oath, has examined the petition and other relevant evidence on the issue
of whether Respondent has threatened or is likely to use a firearm(s) illegally against Petitioner, and finds that there is a danger of the illegal
use of firearms.

The Court finds that the Respondent:
☐  has appeared personally in court
☐  failed to appear personally after having received actual notice.

2.  Respondent is ordered to turn over any and all firearms, including the following: _____
_____

3.  Respondent shall turn over the above-listed firearms(s) to the police agency _____

on or before _____ for safekeeping, to be returned to the Respondent on _____, _____
(Period not to exceed two years unless otherwise prohibited under federal law. 18 U.S.C. §§ 922(d) and (g)(8), and 922(d) and (g)(9)).

☐ 15.   Respondent is denied access to school and/or any other records of the minor child/ren and is prohibited from inspecting, obtaining, or attempting
to inspect or obtain such records.

☐ 16.   Respondent is ordered to pay $_____ to the following shelter _____ on or before

☒ 17.   Respondent is further ordered and/or enjoined as follows:
no contact by any means, no 3rd party contact. R not to come within 1500 ft. of pet.
_____
_____

☐ 18.   The relief requested in paragraph(s) _____ of the petition is *(DENIED) (RESERVED)*, because:
_____

"This Order of Protection is enforceable, even without registration, in all 50 states, the District of Columbia, tribal lands, and the U.S. territo-
ries pursuant to the Violence Against Women Act (18 U.S.C. 2265). Violating this Order of Protection may subject the Respondent to federal
charges and punishment (18 U.S.C. 2261-2262). The Respondent may be subject to federal criminal penalties for possessing, transporting,
shipping, or receiving any firearm or ammunition under the Gun Control Act (18 U.S.C. 922 (g) (8) and (9))."

## PLENARY ORDERS ONLY

This Order shall remain in effect until:

☒  1.  two years following the date of entry of such Order, such expiration date being    5-28-10    , or
such earlier date, as ordered by the Court, such expiration date being _____

☐  2.  final judgment in conjoined proceeding is rendered.

☐  3.  this Order is modified or vacated (provided such Order is incorporated into the final judgement of another civil proceeding).

☐  4.  termination of any voluntary or involuntary commitment, or until _____ (not to exceed 2 years)

☐  5.  final disposition when a Bond Forfeiture Warrant has issued, or until _____ (not to exceed 2 years)

☐  6.  expiration of any supervision, conditional discharge, probation, periodic imprisonment, parole or mandatory supervised release, plus 2 years.

☐  7.  expiration of a term of imprisonment set by this Court, plus 2 years.

Any order of protection which would expire on a court holiday shall instead expire at the close of the next court business day.  750 ILCS 60/220 (f).

NOTICE:  Upon 2 days notice to Petitioner, or such shorter notice as the Court may prescribe, a Respondent subject to an Interim Order of Protection issued
under the IDVA may appear and petition the Court to re-hear the original or amended petition.  Respondent's petition shall be verified and shall allege lack of
notice and a meritorious defense.

Atty. No. _____

Attorney (or Pro Se Petitioner) Name: _____

Address: _____

State/City/Zip: _____

Telephone: _____

Date:

Judge

Case No.

**ENTERED**
JUDGE AURELIA PUCINSKI·1894

MAY 29 2008

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
COOK COUNTY, IL
DEPUTY CLERK

Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**OFFICE OF THE UNITED STATES ATTORNEY**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN, 5TH FLOOR**
**CHICAGO, IL 60604**

PLEASE NOTE:    This is the United States Attorney's Office, which is staffed by lawyers who represent the United States government and various federal agencies. This office does not provide legal advice to private individuals. While we prosecute violations of federal criminal law, this office does not conduct investigations independently of these agencies. We will be happy to forward the information you provide to the appropriate agency. Please print a brief summary of your complaint or the information you wish to furnish on the back of this form. Be as specific as possible. Your information will be given to the appropriate state, local or federal agency for review and possible investigation. If necessary, they will contact you. You may complete the form here and leave it with the receptionist or take it with you and mail it to the above address.

Date _8-12-2008_

Your name _Robert J. Anderson_

Address _6743 So. Indiana Ave._

_Chicago IL, 60637_

Telephone _708-289-0125_

Date of birth _11-18-1942_

Social security no. _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_

Have you ever presented a complaint or information to this office before? _NO_
If so, when? _____

List all the public agencies you have _In._ contacted regarding this matter: _Griffith Police President, Bush ~ Cook County Sheriff~ Chicago Police~ FBI~ IL State Police~ Indiana State Police~ Lake County In. Sheriff~ Merrillville In. Police~ Mayor Richard Daley, Chicago Cook County Circuit Court ~_

If you were referred to this office by any agency or public official, provide the name:

_FBI in Merrillville In._

List of possible violator(s):

Name _Chicago Police - Cook County Sheriff/Court_
Address _____

_____

Telephone _____

If you have an attorney representing you in this matter, give name and address: _____

_Attn, Amber Miller @ 555 w. Harris St._
_Ph.# 312-325-9414_

Is there any court action pending? _Yes_
_@ 0728053::_

If yes, case # and court: _07 280533_

_Circuit Court of Cook County_

Case 1:09-cv-04744   Document #: 1   Filed 08/20/2009   Page 1 of 53

# FLOYD ARCHIE

Mr. Archie's # 219-884-1508

# AT 2239 W 58TH PL, MERRILLVILLE In.

# HOLDING MY WIFE ANDREA

## OVER 1 YEAR

# ANDERSON

# HOSTAGE

I LOVE YOU ANDREA

21 stars for you
Robert Jr. Anderson

I'm
9-7-2001

Robert J. Anderson



**OFFICE OF THE UNITED STATES ATTORNEY
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN, 5TH FLOOR
CHICAGO, IL 60604**

PLEASE NOTE: This is the United States Attorney's Office, which is staffed by lawyers who represent the United States government and various federal agencies. This office does not provide legal advice to private individuals. While we prosecute violations of federal criminal law, this office does not conduct investigations independently of these agencies. We will be happy to forward the information you provide to the appropriate agency. Please put a brief summary of your complaint or the information you wish to furnish on the back of this form. Be as specific as possible. Your information will be given to the appropriate state, local or federal agency for review and possible investigation. If necessary, they will contact you. You may complete the form here and leave it with the receptionist or take it with you and mail it to the above address.

RECEIVED 2008 AUG 15 A 11: 15 UNITED STATES ATTORNEY NORTHERN DIST. OF ILL.

Date _8-12-2008_

Your name _Robert J. Anderson_

Address _6743 So. Indiana Ave._
_Chicago IL, 60637_

Telephone _708-289-0125_

Date of birth _11-18-1942_

Social security no. _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_

Have you ever presented a complaint or information to this office before? _NO_
If so, when? _____

List all the public agencies you have _In._ contacted regarding this matter: _Griffith Police President, Bush - Cook County Sheriff - Chicago Police - FBI - IL State Police - Indiana State Police - Lake County In. Sheriff - Merrillville In. Police - Mayor Richard Daley, Chicago - Cook County Circuit Court -_

If you were referred to this office by any agency or public official, provide the name:

_FBI in Merrillville In._

_____

List of possible violator(s):

Name _Chicago Police - Cook County Sheriff / Court_
Address _____

_____

Telephone _____

If you have an attorney representing you in this matter, give name and address: _____

_Attn. Amber Miller @ 555 w. Harris St._
_Ph.# 312-325-9414_

_____

Is there any court action pending? _Yes_
_07 280533_
If yes, case # and court: _07 280533_

_Circuit Court of Cook County_

**OFFICE OF THE UNITED STATES ATTORNEY**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN, 5TH FLOOR**
**CHICAGO, IL 60604**

PLEASE NOTE:    This is the United States Attorney's Office, which is staffed by lawyers who represent the United States government and various federal agencies. This office does not provide legal advice to private individuals. While we prosecute violations of federal criminal law, this office does not conduct investigations independently of these agencies. We will be happy to forward the information you provide to the appropriate agency. Please print a brief summary of your complaint or the information you wish to furnish on the back of this form. Be as specific as possible. Your information will be given to the appropriate state, local or federal agency for review and possible investigation. If necessary, they will contact you. You may complete the form here and leave it with the receptionist or take it with you and mail it to the above address.

Date _8-12-2008_

Your name _Robert J. Anderson_

Address _6743 So, Indiana Ave._
_Chicago IL, 60637_

Telephone _708-289-0125_

Date of birth _11-18-1942_

Social security no. _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_

Have you ever presented a complaint or information to this office before? _NO_
If so, when? _____

List all the public agencies you have _In,_ contacted regarding this matter: _Griffith Police President, Bush - Cook County Sheriff - Chicago Police - FBI - IL State Police - Indiana State Police - Lake County In, Sheriff - Merrillville In, Police - Mayor Richard Daley, Chigo COOK County Circuit Court -_

If you were referred to this office by any agency or public official, provide the name:

_FBI in Merrillville In._
_____

List of possible violator(s):

Name _Chicago Police - Cook County Sheriff/Court_
Address _____
_____

Telephone _____

If you have an attorney representing you in this matter, give name and address: _____

_Attn, Amber Miller @ 555 W, Harris St, Ph.# 312-325-9414_
_____

Is there any court action pending? _Yes_
_07 28053 ;;_
If yes, case # and court: _07 280533_

_Circuit Court of Cook County_

29-2    24 SEP 07    CPD
(Court Branch #    (Court Date/Time)    (Arresting Agency #)
or District #)

**Misdemeanor Complaint**   (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)    CCCR N654-100M-10/10/06 (          )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

**Plaintiff**

v.                                                          No. _____

ANDERSON, ROBERT I
**Defendant**

PAUL TOMLINSON                                          , complainant, now appears before
(Complainant's Name Printed or Typed)

the Circuit Court of Cook County and states the following:

That: Robert I. Anderson         of 626 Washington Park Blvd  Michigan City  has, on or about
(Defendant)                     (Address)              Indiana

29 August 2007 at the location of  121 N LASALLE
(Date)                              (Place of Offense)

committed the offense(s) of _____ DISORDERLY CONDUCT

in that s/he knowingly acted in such an unreasonable manner as to alarm
another and provoke a breach of the peace to wit: Called City Hall
and stated that the Chicago Public Schools would be the target of
a terrorist attack on 4 September 2007

in violation of  720     **Illinois Compiled Statutes**  5.0      / 26-1-a-1
(Chapter)                                      (Act)              (Sub Section)

Paul Tomlinson Sr
(Complainant's Signature)

**AOIC Code**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

_____
(Complainant's Address)

773-354-7525
(Complainant's Telephone)

**STATE OF ILLINOIS**  }
**COOK COUNTY**        } ss:

PAUL TOMLINSON
(Complainant's Name Printed or Typed)

The complainant, being first duly sworn on oath, deposes and says that s/he read the foregoing complaint by him/her subscribed and that the
same is true.

Paul Tomlinson
(Complainant's Signature)

Subscribed and sworn to before me on this  29  day of  AUGUST  , 2007

[signature] M Graham 1755
(Judge's/Clerk's/Law Enforcement Officer's Signature)    (Law Enforcement Officer's Badge No.)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is
probable cause for filing same. Leave is given to file said complaint.

**SUMMONS ISSUED,**   Judge _____
or                                                                          Judge's No.

**WARRANT ISSUED,**   Bail set at: _____
or

**BAIL SET AT:** _____    Judge _____
Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Case 1:08-cv-0??44    Document ?   Filed 08/20/2008    Page 46 of 53

# FLOYD ARCHIE
# AT 2239 W
# 58 TH, PL
# MERRILLVILLE In.
# HOLDING MY
## WIFE
# ANDREA

over one YEAR

# ANDERSON

# HOSTAGE

**Defendant Number:**          **Gang Affiliation:**

| Name: | Last | | | |
| --- | --- | --- | --- | --- |
| | | First | | Middle |
| Address: Street | | | City | State |
| Sex: | Race: | DOB: | IR: | Social Security: |

**Charges/Action    Defendant Number:**

| Charge(s): | | Action: | Reason(s): |
| --- | --- | --- | --- |

**Statement      Defendant Number:**

| Type: | Date: | Time: | Videographer: |
| --- | --- | --- | --- |

Statement Witness:

_School on 8/4/07_

**Victim/Witness Number:** 1

| Type: | M.E #.: | Hospital: | Condition/Prognosis/Injuries: |
| --- | --- | --- | --- |
| Name: Last O'Connell | First Kathryn | Middle | |
| Address: Street 121 N. LaSalle | City Chicago | State | Zip |
| Home: ( ) | Work: (312) 744-3320 | Cell: ( ) | Pager: ( ) |
| Sex: F Race: 2 | DOB: | Social Security: | Drivers License: | IR: |

Means of ID: (Circle All That Apply)  Photo Array / Line-up / Show-Up / Knows Defendant / On Scene / Neg ID / No ID Attempted

Statement Type: (Circle One)  Oral Only  Handwritten   Video   Sent to Grand Jury? Y or N

Relationship to Defendant:

Closest Friend/Relative:  Last  None          First

Notes:  Assistant to scheduler          Home Phone: ( )

**Victim/Witness Number:**

| Type: | M.E #.: | Hospital: | Condition/Prognosis/Injuries: |
| --- | --- | --- | --- |
| Name: Last | First | Middle | |
| Address: Street | City | State | Zip |
| Home: ( ) | Work: ( ) | Cell: ( ) | Pager: ( ) |
| Sex: Race: | DOB: | Social Security: | Drivers License: | IR: |

Means of ID: (Circle All That Apply)  Photo Array / Line-up / Show-Up / Knows Defendant / On Scene / Neg ID / No ID Attempted

Statement Type: (Circle One)  Oral Only  Handwritten   Video   Sent to Grand Jury? Y or N

Relationship to Defendant:

Closest Friend/Relative:  Last          First

Notes:          Home Phone: ( )

# Next Event

| Next event date | Next event | Location |
| --- | --- | --- |
| Approval Type: (Circle One)  Personal    Telephone | | |

**Data Entry Date:** _8/30/2007_      **Entered By:** _____

| Screen Felony | X | Arrest Warrant | | Juvenile AT | | Witness Statement | | Police Shooting | | VSI | | Advice |

Number of Defendants: _1_     Number of Victim/Witnesses: _____     Page of Page: 1 / 1

ASA(1): Jose Villone    Date: 8/29/7    Start: 1400    Finish: 1445    Action No.: 108    Action: (R)
ASA(2): _____    Date: _____    Start: _____    Finish: _____    Action No.: _____    Action: _____
ASA(3): _____    Date: _____    Start: _____    Finish: _____    Action No.: _____    Action: _____

Defendant Number:    Gang Affiliation:    PCN: 807VIL 108R

Name: Last Anderson    First Robert    Middle
Address: Street 626 Washington PK    City Michigan    State    Zip
Sex: M    Race: M    DOB: 11/13/82    IR: _____    Social Security: 4257 501CR

**Charges/Action    Defendant Number:**

Charge(s):    Final Action:    Reason(s):
Disorderly Conduct    (R)    (D) M. Falegario

**Statement    Defendant Number: 1**

Type: Oral    Date: 8/29/c7    Time: 1230    Videographer:
Statement Witness: Det. B2

DAOR /waived. — Noted in summary that
he meant the terrorists to mean Frederick Lloyd
(who is sleeping w/ his wife). Says the attack
will occur when Frederick goes to

**Statement    Defendant Number:**

Type:    Date:    Time:    Videographer:
Statement Witness:

School on 9/4/07

**Victim/Witness Number: 1**

Type:    M.E #.:    Hospital:    Condition/Prognosis/Injuries:
Name: Last O'Connell    First Kathryn    Middle
Address: Street 121 N. LaSalle    City Chicago    State    Zip
Home: (   )    Work: (312) 744-3320    Cell: (   )    Pager: (   )
Sex: F    Race: 2    DOB:    Social Security:    Drivers License:    IR:
Means of ID: (Circle All That Apply)    Photo Array / Line-up / Show-Up / Knows Defendant / On Scene / Neg ID / (No ID Attempted)
Statement Type: (Circle One) (Oral Only) Handwritten    Video    Sent to Grand Jury?  Y or N
Relationship to Defendant: None
Closest Friend/Relative: Last    First    Home Phone: (   )
Notes: Assistant the scheduler

**Victim/Witness Number:**

Type:    M.E #.:    Hospital:    Condition/Prognosis/Injuries:
Name: Last    First    Middle
Address: Street    City    State    Zip
Home: (   )    Work: (   )    Cell: (   )    Pager: (   )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION – FIRST MUNICIPAL DISTRICT

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. )       NO.
*Robert Anderson* )       07-280533 **FILED**
)
)       NOV 19 2007
)       DOROTHY BROWN
)       CLERK OF CIRCUIT COURT

__AMENDED ANSWER TO DISCOVERY__

To:    *Amber Miller*
       *Br. 46 PD*

NOW COME THE PEOPLE OF THE STATE OF ILLINOIS, by their Attorney, RICHARD A
DEVINE, State's Attorney of Cook County, Illinois, through his Assistant, *Karr*,
state in their Amended Answer to Defendant's Motion for Pre-Trial Discovery:

4.         The following articles, if any, may or may not be offered into evidence by the People at the
time of the trial of this cause.

*Felony Review notes with work product redacted.*
*(2 pgs.)*

Photographs, plats, charts, diagrams, illustrations, maps, search warrants and any property
inventoried by the Chicago Police Department and reflected in inventory receipts, copies of
which are contained in the court files and also available for inspection and copying, certified
copies of convictions and certified copies of auto records.

RICHARD A. DEVINE
Cook County State's Attorney

By:    _____

Assistant State's Attorney
555 West Harrison, 2nd floor
Chicago, Illinois 60607
Telephone: (312) 325-9200

HN555430
DETECTIVE SUP. SUBMITTED FOR APPROVAL

SHOW THE EVIDENCE AND WILL GIVE YOU COPIES". Both taken into evidence and inventoried.

Felony charges rejected by A.S.A. Villarreal, Anderson subsequently charged with disorderly conduct.

WITNESSES: O'Connell, Kathryn

STATEMENTS (see narrative)

INTERVIEWED: O'Connell, Kathryn   Johnson, Wannakee   Anderson, Robert J.

INVESTIGATION:
Interview: O'Connell, Kathryn F/2/26 Office of the Mayor.
The following is in essence not verbatim. O'Connell states that on 28 August 2007 she received a call from a Robert Anderson who stated that he wanted to see the mayor about a terrorist attack on the Chicago Public schools that was going to take place on 4 September (first day of school). Anderson further stated that the Chicago Police were trying to kill him as well as Arne Duncan. O'Connell told Anderson that he had to make a written request to see the mayor and that he would then be notified. O'Connell then notified the police about the conversation and the caller I.D. information. On 29 September 2007 O'Connell was told by Wannakee Johnson (receptionist) that Robert Anderson was in the outer office wishing to see the Mayor. O'Connell told Johnson that he was the caller from the previous day and should not be let in.


Interview: Johnson Wannakee F/1 (receptionist mayor's office)
The following is in essence not verbatim. Johnson states that on 29 September 2007 Robert Anderson entered the reception area of the Mayor's office and stated he was from Operation Hope and wanted to see Kathryn. Anderson states he was told the day before by Kathryn to bring a written request to see the Mayor, which he had with him. Johnson recalling the incident from the day before, spoke with O'Connell, who confirmed that this was the person which she spoke with. Johnson then returns to reception area asks Anderson to take a seat then calls police.

Interview: Anderson Robert J. M/1/64
Anderson was read his rights per pre printed Miranda card and after acknowledging he understood his rights agreed to be interviewed. The following is in essence not verbatim.
Anderson is a retired truck driver and lives alone at 626 Washington Park Blvd. Michigan City Indiana.Ph#219-210-9708
Anderson is estranged from his wife Andrea Anderson F/1/51 who has a current order of protection against him. Anderson related that Frederick Ward (a football coach at CPS) is holding his wife hostage and that's what terrorist do, therefore he is a terrorist.
When asked how he could be holding his wife hostage Anderson stated that she is being held against her will through mind control and she is brain washed. Anderson further surmises that Since Ward is a CPS employee that CPS schools are in danger of attack since Ward is a terrorist. Anderson further stated that Ward is stealing from the school. Anderson related that when he called the prior day he only meant to warn the Mayor that since Ward is a terrorist that the schools were in danger of attack.
At the time of his arrest Anderson had in his possession a hand made flyer stating "NO SCHOOL IN CHICAGO ON 9-4, 5 OR 6 BECAUSE THE TERRORISTS WORK FOR THE CHICAGO PUBLIC SCHOOLS" "NO SCHOOL IN CHICAGO UNTIL THE TERRORISTS RELEASE MY WIFE NOW". Anderson also had a hand written letter to the Mayor dated 29 August 2007 that read "DEAR MAYOR, CITY OF CHICAGO, IL THE HONORABLE RICHARD DALEY MAYOR DALEY PLEASE HELP ME I HAVE DID ALL I KNOW TO DO, I HAVE LETTERS AND PROVE I CAN

COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| UNLAWFUL USE OF A WEAPON | | | |

*Disposition:* **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**          *Disposition Date:* **08-APR-1975**

*Sentence:*          *Sentence Date:*

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 Inquiry via your LEADS terminal.

29-AUG-2007 18:26          Requested by: PC0D327



# CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

### CRIMINAL HISTORY REPORT



CPD-31903C (REV. 7/04)

## IUU COMPLETE

**ANDERSON, ROBERT**
IR #     416128
SID #  1972722
FBI #
IDOC #

Current Arrest Information:

| | | |
|---|---|---|
| Date of Birth: | **18-NOV-1942** | |
| Age: | **64 years** | |
| Place of Birth: | **MISSISSIPPI** | |
| SSN #: | | |
| Drivers License #: | 0900-04-0841 | |
| Drivers Lic. State: | **INDIANA** | |
| Scars, Marks &Tattoos: | | |

CPD photo

MALE

BLACK

5'05"

170 lbs

EYES : BRO

HAIR : XXX

HAIR STYLE : BALD

COMPLEXION : DRK

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| ANDERSON, ROBERT J | 29-AUG-2007 | 18-NOV-1942 | 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 |
| ANDERSON, ROBERT | 27-SEP-1974 | 18-NOV-1942 | Not Available |

Criminal Justice Summary: Total arrests: 2 (0 Felony, 1 Misdemeanor)          Total convictions: 0

════════════════════════ ARREST ════════════════════════

| | | | | |
|---|---|---|---|---|
| Arrest Name: | **ANDERSON, ROBERT J** | Arrest Date: | **29-AUG-2007** | Holding Facility: **CPD - CENTRAL MALE** |
| Date of Birth: | **18-NOV-1942** | Arrest Address: | **121 N  LA SALLE ST  CHICAGO, IL 60602** | |
| DCN or CB: | 016997915 | Residence: | **626 WASHINGTON PARK BLVD  MICHIGAN CITY, IN  46360** | |
| Officer: | **KHOUSHABA** | Officer Badge#: | 20446          Arresting Agency: **CPD** | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 5.0/26-1-A-1 | **Disorderly Conduct - Breach Of Peace** | **OFFENSE AS CITED** |

════════════════════════ ARREST ════════════════════════

| | | | | |
|---|---|---|---|---|
| Arrest Name: | **ANDERSON, ROBERT** | Arrest Date: | **27-SEP-1974** | Holding Facility: |
| Date of Birth: | **18-NOV-1942** | Arrest Address: | | |
| DCN or CB: | 004193037 | Residence: | **301 N  62ND  MIAMI, FL** | |
| Officer: | | Officer Badge#: | Arresting Agency: | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 15-29B | **Unlawful Use Of A Weapon** | |