## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4744 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Robert Anderson vs. Chicago Police Department | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed *in forma pauperis* is denied and this case is dismissed pursuant to 28 U.S.C. § 1915A because the complaint and supporting exhibits allege facts that are "irrational [and] wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LM |
|---|---|---|