# United States District Court
## Northern District of Illinois
### Eastern Division

ROBERT ANDERSON  **JUDGMENT IN A CIVIL CASE**

      v.  Case Number: 08 C 4744

CHICAGO POLICE DEPARTMENT

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion to proceed *in forma pauperis* is denied and this case is dismissed pursuant to 28 U.S.C. § 1915A because the complaint and supporting exhibits allege facts that are "irrational [and] wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

Michael W. Dobbins, Clerk of Court

Date: 8/26/2008                                      _____

/s/ Carole Gainer, Deputy Clerk